UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA           :     GOVERNMENT'S FORFEITURE
                                         BILL OF PARTICULARS
         - v. -                    :
                                         S1 13 Cr. 420 (GBD)
MESSIAH CLARK,                     :

         Defendant.                :
                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Pursuant to United States v. Grammatikos, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offenses described in Counts Two, Five, and Eight of the Indictment, as alleged in the Forfeiture Allegation and/or the Substitute Assets Provision in the Indictment, includes but is not limited to the following:

    a.    All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known and described as Block 3680, Lot 16, more particularly described as 2018 Storey Avenue, Bronx, New York 10473; and

    b.    All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known and described as Lot 27- The Grove at New Windsor Sub. Map 72-11, New Windsor, New York, more particularly described as 1604 Hawthorn Way, New Windsor, New York 12553.

Dated: New York, New York
       October 3, 2014

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney

                        By: /s/ Paul M. Monteleoni
                              PAUL M. MONTELEONI
                              Assistant United States Attorney
                              One St. Andrew's Plaza
                              New York, New York 10007
                              Telephone: (212) 637-2219